IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES, INC., *et al*. ) </br> ) </br> Debtors. ) </br> ) </br> ) | Chapter 11 </br></br> Case Nos. 00-389 through 826 </br>     (MFW) </br> Jointly Administered |
| FSQ, INC. F/K/A FIVE STAR QUALITY CARE, INC. *et al.*, ) </br> ) </br> Plaintiffs, ) </br> ) </br> v. ) </br> ) </br> INTEGRATED HEALTH SERVICES, INC. *et al*, ) </br> ) </br> Defendants. ) </br> ) | </br></br></br></br></br></br> Adv. Proc. No. 02-5193 </br></br></br></br></br></br> Related to Docket Nos. 45 and 119 |

## NOTICE OF APPEAL

Plaintiffs FSQ, Inc., *f/k/a* Five Star Quality Care, Inc., Five Star Quality Care-Colorado, LLC, *f/k/a* SHOPCO-Colorado, LLC, Five Star Quality Care-GA, LLC, *f/k/a* SHOPCO-GA, LLC, Five Star Quality Care-IA, LLC, *f/k/a* SHOPCO-IA, LLC, Five Star Quality Care-IA, Inc., *f/k/a* SNH-Iowa, Inc., Five Star Quality Care-MI, LLC, *f/k/a* SHOPCO-MI, LLC, Five Star Quality Care-NE, LLC, *f/k/a* SHOPCO-NE, LLC, Five Star Quality Care-NE, Inc., *f/k/a* SNH-Nebraska, Inc., (collectively "FSQ"), by their attorneys, appeal under 28 U.S.C. §158(a) from the judgments, orders or decrees of the Bankruptcy Court entered in the above-captioned adversary proceeding on: (1) December 30, 2003, granting the Motion to Dismiss filed by the United States Department of Health and Human Services in response to FSQ's Complaint in such adversary proceeding; and (2) January 9, 2007, granting the Motion for Summary Judgment filed by IHS Liquidating LLC and its related entities. The names of all parties to the judgments,

544365.1 1/16/07

orders, or decrees appealed from and the names, addresses and telephone umbers of their respective attorneys are as follows:

**Party-in-interest:**

**FSQ, Inc., *f/k/a* Five Star Quality Care, Inc.**
**Five Star Quality Care-Colorado, LLC, *f/k/a* SHOPCO-Colorado, LLC**
**Five Star Quality Care-GA, LLC, *f/k/a* SHOPCO-GA, LLC,**
**Five Star Quality Care-IA, LLC, *f/k/a* SHOPCO-IA, LLC**
**Five Star Quality Care-IA, Inc., *f/k/a* SNH-Iowa, Inc.**
**Five Star Quality Care-MI, LLC, *f/k/a* SHOPCO-MI, LLC**
**Five Star Quality Care-NE, LLC, *f/k/a* SHOPCO-NE, LLC**
**Five Star Quality Care-NE, Inc., *f/k/a* SNH-Nebraska, Inc.**

SAUL EWING LLP
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

SULLIVAN & WORCESTER LLP
Gayle P. Ehrlich
Jeffrey E. Francis
One Post Office Square
Boston, MA 02109
(617) 338-2800

**Party-in-interest:**

**United States Department of Health and Human Services**
Robert D. McCallum, Jr.
Assistant Attorney General
Richard G. Andrews
Acting United States Attorney
Ellen W. Slights, Assistant U.S. Attorney
1201 Market Street, Suite 1100
Wilmington, DE 19899
(302) 573-6277

Jeannine Lesperance
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044
(202) 307-0488

- 3 -

**Party-in-interest:**

**Integrated Health Services, Inc.**
**ECA Holdings, Inc.**
**Community Care of Nebraska, Inc.**
**Marietta/SCC, Inc.**
**Glenwood/SCC, Inc.**
**Dublin/SCC, Inc.**
**College Park/SCC, Inc.**
**IHS Acquisition No. 112, Inc.**
**IHS Acquisition NO. 113, Inc.**
**CCA of Midwest, Inc.**

YOUNG CONWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Joseph M. Barry (No. 4221)
Alfred Villoch, III (No. 4341)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571- 6731

JENKINS & GILCHRIST PARKER CHAPIN LLP
Charles P. Greenman
Lee W. Stremba
Mitchel H. Perkiel
Amos Alter
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 704-6000

KAYE SCHOLER LLP
Michael J. Crames
Arthur Steinberg
Marc D. Rosenberg
Ana Alfonso
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

**Party-in-interest:**

**Abe Briarwood Corporation**

BACKENROTH FRANKEL & KRINSKY LLP
Abraham J. Backenroth
489 Fifth Avenue
New York, NY 10017
Attention:
(212) 593-1100

CAMMEBY'S INTERNATIONAL, INC.
Rubin Schron
45 Broadway, 25th Floor
New York, NY 10006
(212) 509-9797

KRIEGER & PRAEGER, LLP
Samuel M. Krieger
39 Broadway
New York, NY 10006
(212) 363-2900

**Party-in-interest:**

**IHS Liquidating LLC**
KAYE SCHOLER LLP
Michael J. Crames
Arthur Steinberg
Marc D. Rosenberg
Ana Alfonso
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000


Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (fax)

- and -

Gayle P. Ehrlich
Jeffrey E. Francis
**SULLIVAN & WORCESTER LLP**
One Post Office Square
Boston, MA 02109
(617) 338-2800

Counsel for FSQ, Inc., f/k/a Five Star Quality Care, Inc., *et al.*

Dated: January 16, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| INTEGRATED HEALTH SERVICES, ) | |
| INC., et al., ) | Case No. 00-00389 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | ADVERSARY NO. 02-05193 |
| FSQ, INC., f/k/a FIVE STAR ) | |
| QUALITY CARE, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| INTEGRATED HEALTH SERVICES, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

O R D E R

AND NOW this **30th** day of **DECEMBER 2003**, upon consideration of the Complaint filed by Five Star Quality Care, Inc. ("FSQ") and the Motion to Dismiss filed by the United States Department of Health and Human Services filed in Response thereto, it is hereby

**ORDERED** that the Motion of the United States Department of Health and Human Services to Dismiss the Complaint Against it is **GRANTED**.

BY THE COURT:

*Mary F. Walrath*
Mary F. Walrath
United States Bankruptcy Judge

cc: See attached

Service List

Mark Minuti, Esquire
Jeremy W. Ryan, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899


Gayle P. Ehrlich, Esquire
Pamela Smith Holleman, Esquire
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109


Amos Alter, Esquire
Jenkens & Gilchrist Parker Chapin LLP
405 Lexington Avenue
New York, NY 10174


Ken Salazar, Attorney General
State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203


Karen K. Reinertson, Executive Director
State of Colorado
Department of Health Care Policy
and Financing
1575 Sherman Street
Denver, CO 80203


J. Christopher Kohn, Esquire
James G. Bruen, Jr., Esquire
Matthew J. Troy, Esquire
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| INTEGRATED HEALTH SERVICES, ) | |
| INC., et al., ) | Case No. 00-00389 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | Adversary No. 02-05193 |
| FSQ, INC., f/k/a FIVE STAR ) | |
| QUALITY CARE, INC., et al., ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| INTEGRATED HEALTH SERVICES, ) | |
| INC., et al., ) | |
| Defendants. ) | |

## ORDER

**AND NOW**, this **9th** day of **JANUARY, 2007**, upon consideration of the Cross Motions for Summary Judgment filed by FSQ, Inc., and IHS Liquidating LLC and for the reasons stated in the attached Opinion, it is hereby

**ORDERED** that the Motion of FSQ, Inc., for Summary Judgment is **DENIED**; and it is further

**ORDERED** that the Motion of IHS Liquidating LLC for Summary Judgment is **GRANTED.**

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Robert Brady, Esquire[1]

---

[1] Counsel is to distribute a copy of this Opinion and Order on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Robert S. Brady, Esquire
Edmon L. Morton, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Counsel for IHS Liquidating LLC

Arthur Steinberg, Esquire
Marc D. Rosenberg, Esquire
Ana M. Alfonso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
Counsel for IHS Liquidating LLC

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
Counsel for FSQ, Inc.

Gayle Ehrlich, Esquire
Jeffrey E. Francis, Esquire
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Counsel for FSQ, Inc.

Case 1:07-cv-00111-GMS    Document 1-3    Filed 02/23/2007    Page 3 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: _____  ○ BK   ○ AP
    If AP, related BK Case Number: _____

Title of Order Appealed:
_____
    Docket Number: _____    Date Entered: _____

Item Transmitted:  ○ Notice of Appeal        ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal  ○ Cross Appeal
                Docket Number: _____    Date Filed: _____

*Appellant/Cross Appellant:                *Appellee/Cross Appellee
_____  _____
Counsel for Appellant:                        Counsel for Appellee:
_____  _____
_____  _____
_____  _____
_____  _____

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?   ○ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?   ○ Yes   ○ No
    If so, has District Court assigned a Civil Action Number?   ○ Yes   ○ No   Civil Action # _____

Additional Notes:
_____

_____  By: _____
Date                                            Deputy Clerk

                                                        FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: _____
7/6/06