IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Integrated Health Services, Inc., et al.

|  |  |  |
|---|---|---|
| FSQ, INC. f/k/a Five Star Quality Care Inc., et al. | ) ) ) ) ) | |
| Appellant | ) | Civil Action No.   07-111 |
| v. | ) ) ) | |
| IHS Liquidating LLC | ) ) | |
| Appellee | ) | Bankruptcy Case No. 00-389 Adversary Proceeding No. 02-5193 Bankruptcy Appeal No. 07-1 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following orders of the Bankruptcy Court dated 12/30/03 and 1/9/07 was docketed in the District Court on 2/23/07:

> 12/30/03 Order- Motion of the United States Department of Health and Human Services to Dismiss the Complaint Against it is Granted.

> 1/9/07 Order- Motion of FSQ Inc. For Summary Judgment is Denied, Motion of IHS Liquidating LLC for Summary Judgment is Granted

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                         Peter T. Dalleo
                                         Clerk of Court

Date:   February 23, 2007
To:     U.S. Bankruptcy Court
        Counsel