

MARK MINUTI
Phone: (302) 421-6840
Fax: (302) 421-5873
mminuti@saul.com
www.saul.com

April 2, 2007

**By Hand Delivery**

The Honorable Gregory M. Sleet
United States District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

      RE:    **FSQ, Inc., *et al*. v. Integrated Health Services, Inc., *et al*.**
                **Case No. 04-MC-32 (GMS)**
                **FSQ, Inc., *et al*. v. Integrated Health Services, Inc., *et al*.**
                **Case No. 07-111 (GMS)**
                **Integrated Health Services, Inc., *et al*. v. FSQ, Inc., *et al*.**
                **Case No. 07-112 (GMS)**

Dear Judge Sleet:

        This firm represents FSQ, Inc., *et al*. as appellants and cross-appellees in the above captioned bankruptcy related appeals (the "Appeals"). With the consent of the appellees and cross-appellant, I write to submit for the Court's consideration the enclosed Stipulation and Order Procedurally Consolidating Appeals (the "Stipulation"). By the Stipulation, the parties seek to procedurally consolidate the Appeals.

        Each of the Appeals arise from the same adversary proceeding before the Bankruptcy Court and contain certain overlapping facts and issues. Simply stated, we believe the interests of judicial economy will be served, and the parties may be able to avoid the unnecessary duplication of certain costs (e.g., attending more than one mediation), if these Appeals are procedurally consolidated. For these reasons, we would respectfully request that the Court approve the Stipulation.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

546500.1 4/2/07

The Honorable Gregory M. Sleet
April 2, 2007
Page 2

        Of course, we are available to discuss this matter at the Court's convenience.

        Respectfully submitted,

        Mark Minuti

MM/rew
Enclosure
cc: Jeannine Lesperance, Esq. (w/enc.)
     Joseph M. Barry, Esq. (w/enc.)
     Ana Alfonso, Esq. (w/enc.)
     Gayle P. Ehrlich, Esq. (w/enc.)
     Clerk of the Court

546500.1 4/2/07