IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEGRATED HEALTH SERVICES, INC., *et al.*, | ) ) ) ) ) ) | Case Nos. 00-389 through 00-826 (MFW) Jointly Administered |
| Debtors. | ) ) | |
| FSQ, INC., *et al.*, | ) ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | C.A. No. 04-mc-32 (GMS) |
| INTEGRATED HEALTH SERVICES INC., *et al.*, | ) ) ) ) | |
| Appellees. | ) ) ) | |
| FSQ, INC., *et al.*, | ) ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | C.A. No. 07-111 (GMS) |
| INTEGRATED HEALTH SERVICES INC., *et al.*, | ) ) ) ) | |
| Appellees. | ) ) ) | |
| INTEGRATED HEALTH SERVICES INC., *et al.*, | ) ) ) ) | |
| Cross-Appellants, | ) ) | |
| v. | ) ) | C.A. No. 07-112 (GMS) |
| FSQ, INC., *et al.*, | ) ) ) | |
| Cross-Appellees. | ) ) | |

**STIPULATION AND ORDER DISMISSING APPEALS**

551917.1 10/18/07

NOW COMES FSQ, Inc., *et al.* (collectively "FSQ Appellants"), the United States Department of Health and Human Services ("HHS"), and IHS Liquidating LLC, as successor to Integrated Health Services, Ine., *et al.* (collectively the "IHS Appellees," collectively with the FSQ Appellants and HHS as the "Parties"), by and through their undersigned counsel, and hereby stipulate pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, and subject to approval of the Court, to the dismissal of each of the above captioned appeals with prejudice and with each of the Parties to bear their own costs.

| Counsel for HHS | Counsel for the FSQ Appellants |
|---|---|
| PETER D. KEISLER<br>Assistant Attorney General |  |
| J. CHRISTOPHER KOHN<br>JAMES G. BRUEN, JR.<br>JEANNINE R. LESPERANCE<br>Attorneys, Civil Division<br>**U.S. DEPARTMENT OF JUSTICE**<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, D.C. 20004<br>Tel. No.: 202-616-2236<br>Fax. No.: 202-307-0494 | Mark Minuti (No. 2659)<br>Jeremy W. Ryan (No.. 4057)<br>**SAUL EWING LLP**<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Tel. No.: 302-421-6840<br>Fax No.: 302-421-5873<br><br>-and-<br><br>Gayle P. Ehrlich (BBO #546861)<br>Jeffrey E. Francis (BBO #639944)<br>**SULLIVAN & WORCESTER LLP**<br>One Post Office Square<br>Boston, MA 02109<br>Tel. No.: 617-338-2800<br>Fax. No.: 617-338-2880 |

Counsel for the IHS Appellees

*/s/ signature*

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Joseph M. Barry (No. 4221)
**YOUNG, CONAWAY, STARGATT &
TAYLOR LLP**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Tel. No.: 302-571-6600
Fax No.: 302-573-3325

   -and-

Michael J. Crames, Esquire
Arthur Steinberg, Esquire
Marc D. Rosenberg, Esquire
Ana Alfonso, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
Tel. No.: 212-836-8000
Fax No.: 212-836-8689


Dated: October 17, 2007

      SO ORDERED this ____ day of _____ 2007.

                                                  _____
                                                  United States District Court Judge